*1753-13*

# ELECTRONIC RECORD

COA # 14-12-01099-CR                    OFFENSE: Credit Card Abuse

STYLE: Dustin Zachary Cole v The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed as Reformed          TRIAL COURT: 351st District Court

DATE: 11/14/2013     Publish:No          TC CASE #: 1321571

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Dustin Zachary Cole v The State of Texas     CCA # *1753-13*

_____State's_____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____
granted & remanded          JUDGE: _____
DATE: April 16, 2014          SIGNED: _____     PC: _____
JUDGE: PC _____          PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**